UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JAMAR RANDALL,

            Plaintiff,                 Case No. 2:23-cv-86

v.                                          Honorable Maarten Vermaat

NATHAN BOMER,

            Defendant.
_____/

## ORDER

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On January 31, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 10). Accordingly,

    **IT IS ORDERED** that this case is **DISMISSED**.

    **IT IS FURTHER ORDERED** that the remainder of the filing fee owed by Jamar Randall, #412000, in this case shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

    **IT IS SO ORDERED**.

Dated: February 7, 2024                              /s/ *Maarten Vermaat*
                                                              Maarten Vermaat
                                                              United States Magistrate Judge